Form B6I
(12/03)

In re  **Christopher Charles Sanders**
　　　**Anne Marie Sanders**　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | **Son**<br>**Son** | **10 years**<br>**5 years** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Water Utility Worker**　　**Age:36** | **Proctor**　　　　**Age:36** |
| Name of Employer | **Monte Vista Water District** | **Central Unified School District** |
| How long employed | **6 months** | **3 years** |
| Address of Employer | **10575 Central Avenue**<br>**Montclair, CA 91763** | **1061 Church Street**<br>**Rancho Cucamonga, CA 91730** |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **2,490.00** | $ **175.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **2,490.00** | $ **175.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **622.70** | $ **35.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **622.70** | $ **35.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **1,867.30** | $ **140.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **0.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify)　**Wife's 2nd part-time Job** | $ **0.00** | $ **214.00** |
| 　　　　　　　　**average tax refund** | $ **181.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **2,048.30** | $ **354.00** |

TOTAL COMBINED MONTHLY INCOME     $ _____ **2,402.30**　　　　(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: